JS - 6/ENTER

**FILED**
JUL 19 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| HON KEUNG TSE,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY HARRINGTON, WARDEN,<br><br>    Respondent. | Case No.  CV 09-8829-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: July 19, 2010

_____
Cormac J. Carney
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY